IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARC S. CASON 13 1-60
#180571 / 160904
13800 McMullen Hwy
Cumberland MD
21502-5622

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

v.

Corizon Health Serv. et. al.
Maryland Division of Corr.
6776 Reisterstown Rd
Baltimore MD 21215

*(Full name and address of respondent)*
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

      YES ☐   NO ☒

   B. If you answered YES, describe that case(s) in the spaces below.

     1. Parties to the other case(s):

     Plaintiff: _____

     Defendant(s): _____

     2. Court (if a federal court name the district; if a state court name the city or county):

_____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of Disposition: _____

II. Administrative Proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES ☐   NO ☒

1. If you answered YES:

   a. What was the result? _____

   b. Did you appeal? _____

   YES ☐   NO ☐

2. If you answered NO to either of the questions above, explain why: BECAUSE THE COMPLAINT WAS FOUND TO BE MERITORIOUS

III. Statement of Claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

I WAS AT DORSEY RUN CORRECTIONAL FACILITY FROM 3-5-18 UNTIL 8-23-19 AND SUFFERED BECAUSE OF WHEELCHAIR INACCESSABILITY FILTHY DORMITORY AND BATHROOM; SHOWER CONDITIONS I WAS HOSPITALIZED FOR BLOOD-CLOTS IN MY BLADDER FROM THOSE CONDITIONS AND WAS GIVEN INADEQUATE MEDICAL ATTENTION

Instructions&Form1983 (06/2016)

IV. Relief
(State briefly what you want the Court to do for you.)

RETURN ALL GOOD CONDUCT CREDITS, AWARD MONETARY COMPENSATORY AND PUNITIVE DAMAGES

SIGNED THIS 20th day of January, 2020.

*Marc Cason*
Signature of Plaintiff

MARC CASON
Printed Name

13800 McMULLEN HWY CUMBERLAND MD 21502
Address

Telephone Number

Email Address