Shane S—
LCUS71/60907
c/o W. C. I
13800 McMullen Hwy
Cumberland, MD
21502-5602

Clerk of the Court
U.S. District Court
101 West Lombard St.
Baltimore, Maryland 21201