Appendix 3 to DCD 185-002

Officer's Name: Print and Signature: E. Layton

Date: 9-1-19

CASE NO. WCI1503-19

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

RECEIVED
SEP 0 3 2019
ARP OFFICE
WCI
CUMBERLAND

TO: ☒ Warden of Institution

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: CASON, MARC S. 180571 W.C.I.
Last Name / First Name / Middle Initial / DOC Number / Institution

Housing Location: 3-B-5   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☒

**Part A – INMATE REQUEST**

I'VE BEEN HERE SINCE AUGUST 23rd. I HAVE NONE OF MY PROPERTY. I HAD NO CATHETERS. I TOLD THE MEDICAL DEPT. THEY SENT ME ONE (1) STRAIGHT CATHETER. I'VE BEEN USEING THE SAME ONE FOR OVER A WEEK NOW. I HAVE DEVELOPED A U.T.I. I PUT IN

Date: AUG. 30th, 19 (CONT.)

Signature of Inmate: Marc S. Cason

**Part B – RESPONSE**

See Attached...

Date: _____   Signature of Warden: _____

You may appeal this response by following the procedure prescribed on the back of this form.

Egerton C/gt 9-1-19
WCI 1523-19

## Part A (Continued) - INMATE REQUEST

A sick call slip; I have yet to see the Dr. Officer Scarpelli told one of the nurses that brought me one catheter, and I told her and showed her that they are not to be re-used. She said that the doctor said that to only give me one catheter. I've asked for supplies only to be told to put in a sick call slip. It's going on two weeks now and I'm using the same one (1) catheter. I am requesting that I be seen, given the proper amount of supplies and adequate number of catheters.

Aug 30th 19
Date

Marc Cason   Marc Cason   280571
Inmate's Name: Print and Signature   DOC #

WCI-1523-19

Your request for administrative remedy has been found meritorious. You transferred into the institution on 8/23/19. At this time it is noted that you use urinary catheters however there is no documentation that you have any on your arrival nor that you were provided with any. On 9/8/19 you were scheduled with the provider for chronic care however due to family day and you being on segregation you could not be escorted to medical. You were to be rescheduled during the week for this missed appointment. According to your medical file you did submit 3 sick calls related to this issue. You submitted these on 9/16/19, 9/17/19 and 9/18/19. You were evaluated for all three sick calls on 9/22/19 by the provider. This however was outside of the established time frame to be seen for 2 out of 3 of the sick calls. On 9/22/19 you were evaluated by the provider. At this time your medications for pain and discomfort were reordered. You were also ordered the supplies needed for self-cathing yourself. Medical staff is to be reminded of the importance of following policies, procedures and orders thus ensuring adequate medical care is being provided. You will continue to be monitored through the sick call process.

9-24-19
Date

_____
Signature

WCI-2238-19

Your request for administrative remedy has been found meritorious in part. According to your medical file on 11/11/19 you signed the DPSCS Receipt for Accountable Items acknowledging receipt of 56 18 french catheters. It is further noted that you have submitted three sick calls requesting to be seen. One was for your pain and skin cream. The second one was regarding not receiving your supplies. The third one was about a possible UTI. You have been scheduled to see the provider to discuss your concerns however this appointment has been scheduled outside the established time frame for you to be seen. Medical staff is to be reminded of the importance of following policies, procedures and orders thus ensuring adequate medical care is being provided. You will continue to be monitored through the sick call process.

12/23/2019
Date

[Signature]
Signature

| Part-B | (Warden's Response) |
|---|---|
| **CASON MARC 180571** | **DRCF 0241-19** |

Your Administrative Remedy has been investigated and determined to be **MERITORIOUS IN PART**. Capital Construction conducted multiple site assessments in response to your complaint. It has been determined modifications to existing showers/lavatories/toilets is warranted, including the installation of additional grab bars. We have also identified a need to improve the inmate to shower/toilet/lavatory ratio. Plans are under review to expand housing options for our less ambulatory residents beyond HU1. Weight pit access has also been identified as an area in need of improvement, specifically resurfacing to permit unencumbered access. In addition, it was observed that current table heights in the dayrooms, library, dining rooms and visiting room are not able to comfortably accommodate some of our larger wheelchair residence. We are currently working closely with Capital Construction to expedite the modifications and improvements as needed.

Exterior door thresholds have been assessed and are in compliance. Program activities are, and will continue to be held in accessible areas within DRCF. All programs are conducted in the lower level of each unit, visiting room, dining rooms or the library. There is no further action warranted at this time.

5/21/19

Date

Signature of Warden

SGT OA-Johnson [signature] 03/31/2019
Officer's Name: Print and Signature                Date

Appendix 3 to DCD 185-002

CASE NO. DRCF 0241-19

## MARYLAND DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: ☐ Warden of Institution

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: CASON        MARC        S        180571        D.R.C.F
      Last Name    First Name  Middle Initial  DOC Number   Institution

Housing Location 1-C-5    Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

This ARP is based on the following to include, but not limited to: The failure by the Department of Public Safety and Correctional Services (DPSCS) and the Warden of Dorsey Run Correctional Facility (DRCF) to provide reasonable accommodations as required by the American with Disabilities Act (ADA), and the American Correctional Association (ACA) Standards.

3-31-19                                    Marc Cason
Date                                       Signature of Inmate

**Part B – RESPONSE**

_____                            _____
Date                                       Signature of Warden

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**                       Case No. 0241-19

RETURN TO: Cason       Marc        S        180571        DRCF
           Last Name   First Name  Middle Initial  DOC Number   Institution

I acknowledge receipt of your complaint dated 3/31/19 in regard to: Housing Environmental

4/5/19
Date                                       Institutional ARP Coordinator

Original: White – Institutional ARP Coordinator
Copy:    Canary – Inmate

DOC Form 185-002c (Rev. 7/08)

SGT DA Julius
03/31/2019

### Part A (Continued) – INMATE REQUEST

DRCF is one of only two institutions or facilities that except wheelchair bound inmates. It should be noted that DRCF was built after 2010 and was required by law to use the ADA Standards set forth by ADA Title II 28 CRF § 35.152, Jails, dentention, and correctional facilities, and Community Correctional facilities. (a) General and (b) Discrimination Prohibited.

(b) Discrimination Prohibited.

(2) Public entities shall ensure that inmates or dettainees with disabilities are housed in the most integrated setting appropriate to the needs of the individuals.

See also ACA standard from the forth (4th) Edition 4-4142: Inmates with disabilities are housed in a manner that provides for their safety and security. Housing used by inmates with disabilities is designed for their use and provides for integration with other inmates. Programs and services are accessible to inmates with disabilities who reside in the facility. If the facility accepts individuals with disabilities, it must provide for their housing and use of the facility resources. Housing includes, but not limited to, rooms, sleeping areas, furnishings, day rooms, toilets, wash basins, showers, and their common elements.

In this case the shower is not handicap accessible i.e. there is no shower hose or appropriate grab rails, or adjustable shower seat(s); The toilet is not within the appropriate height; There isn't the appropriate spacing between bunks for wheelchairs; The exterior doorways have thresholds making it difficoult to cross; The weight pit is on a slope with loose flat rock as its base making it unsafe for my wheelchair and me to use; The day room tables D, dinning room tables, and visiting room tables are not handicap accessible

3-30-19
Date

MARC CASON  Marc Cason 185571
Inmate's Name: Print and Signature   DOC #

2 of 3

(9)

DOC Form 185-002C1

SGT DA Johnson
03/31/2019 DA Johnson

**Part A (Continued) – INMATE REQUEST**

All of the above issues should have been taken into consideration according to the ADA/ACA guidelines prior to building DRCF's housing unit 1 and 2 (to may include 3 and 4) denying me access to programs, services, and activities.

It should be noted that DRCF's Housing unit 3 has the appropriate handicap accessible shower, but the dinning hall ~~toilet~~ is not handicap accessible. Therefore, DPSCS and/or the warden cannot claim that renovations are required to accommodate me when according to them it is already Handicap Accessible and meets ADA standards.

## RELIEF REQUESTED

1. DRCF make all the appropriate accommodations to the above mentioned ADA/ACA ~~requirements~~ violations with 15 business days from the date the DPSCS officer signs this ARP.

2. If any of the requested accommodations cannot be resolved according to ADA/ACA requirements please include why within Warden's Response.

3. Monetary damages to include, but not limited to after I consult with legal counsel.

AUG 5 2019

3-30-19
Date

MARC CASON / Marc Cason 180571
Inmate's Name: Print and Signature    DOC #

3 of 3

DOC Form 185-002C1