IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARC CASON 1-31-1960
#1805714140904
c/o W.C.I
13800 McMULLEN HWY. SW.
CUMBERLAND, MD 21502

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

\*

APR 0 3 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BON'SECUR HOSPITAL BALTIMORE, MD
CORIZON HEALTH INC.

DR. BOLAJI ONABAJO, ASRESAHEGN GETACHEW
DR. LAWRENCE H. SCIPIO, DR OKETUNJI, YONAS SISAYMP
HIRUY BISHAW, MD. MARYLAND DIVISION OF CORR.
6776 REISTERSTOWN RD BALTO MD 21215

(Full name and address of respondent)
**Defendant(s).**

\*

Case No.: PX-20-692
(Leave blank. To be filled in by Court.)

## COMPLAINT

I. Previous Lawsuits

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☒    NO ■

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

   Plaintiff: _____

   Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county):

   _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☐    NO ■

   1. If you answered YES:

      a. What was the result? _____
         _____

      b. Did you appeal? _____

         YES ☐    NO ■

   2. If you answered NO to either of the questions above, explain why: BECAUSE THE DIVISION OF CORRECTION AND CORIGON HAVE ADMITTED TO THEIR WRONG-DOING

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   BEGINNING AROUND JULY 10th 2018 TO ABOUT AUGUST 26th 2018 I SUFFERED SEVERE BLADDER AND URINARY TRACT INFECTIONS FROM FILTHY CONDITIONS AT DORSEY RUN CORRECTIONAL FACILITY. I WAS BACK AND FORTH IN THE HOSPITAL WITH SEVERE BLEEDING, EXCRUCIATING PAIN FROM CLOTS IN MY BLADDER ONLY TO BE SENT BACK OVER AND OVER TO D.R.C.F. TO THIS DAY I STILL SUFFER BLADDER PROBLEMS

IV. Relief
(State briefly what you want the Court to do for you.)

I WANT THE COURT TO AWARD MONETARY, PUNITIVE COMPENSATORY AND ANY OTHER DAMAGES IT SEES FIT FOR MY PAIN AND SUFFERING I ENDURED FOR WEEKS. ALSO, TO APPOINT LEGAL COUNSEL AS PLAINTIFF IS UNABLE TO AFFORD SUCH

SIGNED THIS 28rt day of MARCH, 2020.

_Marc S. Cason_
Signature of Plaintiff

MARC S. CASON SR
Printed Name

13800 McMULLEN Hwy SW.
CUMBERLAND, MD. 21502
Address

Telephone Number

Email Address