## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARC S. CASON, *#180571*,

    Plaintiff,

           v.

CORIZON HEALTH SERVICES, *et al.*,

    Defendants.

Civil Action No. PX-20-692

### DEFENDANTS CORIZON HEALTH, INC., DR. BOLAJI ONABAJO, DR. ASRESAHEGN GETACHEW, DR. YONAS SISAY, AND DR. HIRUY BISHAW'S MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Defendants Corizon Health, Inc., Dr. Bolaji Onabajo, Dr. Asresahegn Getachew, Dr. Yonas Sisay, and Dr. Hiruy Bishaw ("Corizon Defendants"), through undersigned counsel, move for dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) or, alternatively, for summary judgment pursuant to Federal Rule of Civil Procedure 56 on the following grounds:

1.    Plaintiff's Complaint fails to state a claim upon which relief may be granted against Corizon Defendants.

2.    There is no genuine dispute of material fact and Corizon Defendants are entitled to judgment as a matter of law.

3.    The grounds for this Motion are stated fully in the Memorandum of Law submitted herewith.

WHEREFORE, Defendants Corizon Health, Inc., Dr. Bolaji Onabajo, Dr. Asresahegn Getachew, Dr. Yonas Sisay, and Dr. Hiruy Bishaw respectfully request that the Court dismiss the Complaint or enter summary judgment in their favor.

July 2, 2020.

Respectfully submitted,

**MARKS, O'NEILL, O'BRIEN, DOHERTY
 & KELLY, P.C.**

By*: /s/ Alexandra R. Hilton*
　　Patricia H. Beall
　　Bar Number: 29593
　　PBeall@moodklaw.com
　　Alexandra R. Hilton
　　Bar Number: 21233
　　AHilton@moodklaw.com
　　600 Baltimore Avenue, Suite 305
　　Towson, Maryland  21204
　　(410) 339-6880
　　*Attorney for Corizon Health, Inc., Dr. Bolaji
　　Onabajo, Dr. Asresahegn Getachew, Dr. Yonas
　　Sisay, and Dr. Hiruy Bishaw*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July 2020, a copy of the foregoing document

was electronically transmitted to this Court and mailed first class, postage pre-paid to:

Marc S. Cason
#180571/160904
Western Correctional Institution
13800 McMullen Highway, SW
Cumberland, MD 21502
*Pro Se Plaintiff*

*Via Email:*
Gina Marie Smith
Douglas Conrad Meister
Meyers Rodbell and Rosenbaum PA
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385
Email: gsmith@mrrlaw.net; dmeister@mrrlaw.net

 

*/s/ Alexandra R. Hilton*
Alexandra R. Hilton