IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

MARC S. CASON #180-571 :
           Plaintiff : CASE NO.: 20-00692 PX
v. :
CORIZON HEALTH SERVICES, et al. :
           Defendants :

## ORDER

**UPON CONSIDERATION** of Defendants Asresahegn Getachew, M.D., Ayoku Oketunji, M.D., Yonas Sisay, M.D., Bolaji Onabajo, M.D., and Hiruy Bishaw, M.D.'s Motion to Dismiss or, in the alternative, Motion for Summary Judgment, it is, this _____ day of _____, 2020,

1.   **ORDERED**, that Defendants Asresahegn Getachew, M.D., Ayoku Oketunji, M.D., Yonas Sisay, M.D., Bolaji Onabajo, M.D., and Hiruy Bishaw, M.D.'s Motion to Dismiss or, in the alternative, Motion for Summary Judgment is hereby **GRANTED**; and it is further

2.   **ORDERED**, that Plaintiff's Complaint is hereby **DISMISSED**.

                                                _____
                                                Judge, United States District Court

Copies to:
Gina M. Smith
Douglas C. Meister
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737

Marc S. Cason #180-571
Western Correctional Institution
13800 McMullen Hwy. SW
Cumberland, MD 21502

Alexandra Renee Hilton
Patricia Beall
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
600 Baltimore Ave., Ste 305
Towson MD 21204

{432041.DOC}