IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARC S. CASON
   PLAINTIFF,

v.

CIVIL ACTION NO. PX-20-692

CORIZON HEALTH SERVICES, et al,
   DEFENDANTS.

PLAINTIFFS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS/MOTION FOR SUMMARY JUDGEMENT ALTERNATIVE

AUG 0 7 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

### 1) STATEMENT OF FACTS

THE PLAINTIFF SUFFERED FROM APPROX. 7-14-2010 TO 7-17-2018 BEFORE ANYTHING WAS DONE ABOUT PROFUSE BLEEDING FROM HIS PENIS. THE PLAINTIFF WAS SENT BACK AND FORTH TO GREATER BALTIMORE WASHINGTON MEDICAL CENTER TO BON SECUR HOSPITAL ONLY TO BE SENT BACK TO JESSUP REGIONAL INFIRMRY TO DORSEY RUN CORRECTIONAL FACILITY AT LEAST THREE TIMES BEFORE THE BLADDER PROBLEM WAS FINALLY RESOLVED IN LATE AUGUST (SEE MEDICAL RECORDS) THIS VIOLATES THE (A.D.A.) AMERICANS WITH DISABILITIES ACT.

THE PLAINTIFF WAS FORCED TO RE-USE CATHETERS. THE SIGN ON THE PACKAGE CONTAINING EACH CATHETER MEANS "DO NOT RE-USE". IT ALSO CLEARLY STATES "DO NOT REUSE"

(2)

Plaintiff suffered excruciating pain for over a month. Plaintiff had to have his bladder irrigated at least 3 or 4 times which is horribly painful. I was hospitalized until Sep.

The Plaintiffs condition was neglected from July 17th, 2018 until August 18th, 2018 to August 23rd, 2020

The Plaintiff complained to staff only to be sent back to his dormitory sick call slips show plaintiff complaining to this day about being forced to reuse catheters.

As of this writing, Plaintiff is still suffering from U.T.I.'s because of catheter re-use. Hopefully, I won't get as severe U.T.I and bladder injury from a brittle used catheter

The medical records speak for the Plaintiff! The A.D.A. requires proper (adequate) medical care and adequate medical supplies THIS WAS NOT DONE in the plaintiffs case.

The Plaintiff does not have the medical records from GBWMC (Greater Baltimore, Washington Medical Center) but they would greatly support this motion to deny summary judgement

Plain and simple Wexford Corizon, Bon Secur Dr's Bolaji Onabajo, Betachew Sisay Bishaw and Scipio are in violation of the Americans with Disabilities Act as well as Deliberate Indifference.

Profuse bleeding from the penis, fever, pain, gross hematuria, and Cystitis is a serious medical condition. Why did I have to go 3 days before ANY treatment? (See medical records attached)

(3)

WHY DID IT TAKE OVER A MONTH TO FINALLY RESOLVE THE PROBLEM?

THE PLAINTIFF RESPECTFULLY REQUESTS THAT DR. LAURENCE H. SCIPIO, MD AND BON SECOURS HOSPITAL BE ORDERED FOR DEFAULT JUDGEMENT FOR NOT ANSWERING THE COMPLAINT AGAINST THEM.

ALSO THAT THE MOTION TO DISMISS/MOTION FOR SUMMARY JUDGEMENT BE DENIED!

IT IS THIS 24TH DAY OF JULY, 2020

RESPECTFULLY SUBMITTED,

*Marc Cason*
MARC CASON
180577/160904