# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MARC S. CASON #180-571

           Plaintiff

v.

CORIZON HEALTH SERVICES, et al.

           Defendants

: CASE NO.: 20-00692 PX

## ORDER

**UPON CONSIDERATION** of Plaintiff's motion to amend the complaint to add a defendant, and motion for leave to file a surreply (ECF 36), and Defendants Asresahegn Getachew, M.D., Ayoku Oketunji, M.D., Yonas Sisay, M.D., Bolaji Onabajo, M.D., and Hiruy Bishaw, M.D.'s opposition thereto, it is, this _____ day of _____, 2020,

**ORDERED**, that Plaintiff's motion to amend to add Wexford Health Sournces, Inc. as a defendant is **DENIED**; and it is further

**ORDERED**, that Plaintiff's motion for leave to file a surreply is **DENIED**.

                                                  _____
                                                  Judge, United States District Court

Copies to:
Gina M. Smith
Douglas C. Meister
6801 Kenilworth Ave., Suite 400
Riverdale, Maryland 20737

Marc S. Cason #180-571
Western Correctional Institution
13800 McMullen Hwy. SW
Cumberland, MD 21502

Alexandra Renee Hilton
Patricia Beall
Marks, O'Neill, O'Brien, Doherty & Kelly, P.C.
600 Baltimore Ave., Ste 305
Towson MD 21204

{444306.DOC}