# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARC S. CASON, | * | |
| Plaintiff | * | |
| v | * | Civil Action No. PX-20-692 |
| CORIZON HEALTH INC., | * | |
| MARYLAND DIVISION OF CORRECTIONS, | * | |
| BON SECOURS HOSPITAL, | | |
| DR. BOLAJI ONABAJO, | * | |
| ASRESAHEGN GETACHEW, | | |
| DR. LAWRENCE H. SCIPIO, | * | |
| DR. AYOKU OKETUNJI, | | |
| DR. YONAS SISAY, | * | |
| DR. HIRUY BISHAW, | | |
| | * | |
| Defendants | | |

***

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 25th day of January 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL AMEND the docket to correct the names of Defendants Corizon Health, Inc., Dr. Bolaji Onabajo, Dr. Ayoku Oketunji, Dr. Yonas Sisay, and Dr. Hiruy Bishaw;

2. The Corizon Defendants' Motion to Dismiss or Alternatively for Summary Judgment (ECF No. 17), construed as a Motion for Summary Judgment, IS GRANTED;

3. The DOC's Motion to Dismiss (ECF No. 19) IS GRANTED and DOC is DISMISSED with prejudice;

4. The Wexford Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (ECF No. 22), construed as a Motion for Summary Judgment, IS GRANTED;

5. Cason's Motion for Default Judgment (ECF No. 30) IS DENIED;

6. Cason's claims against Bon Secours Hospital and Dr. Lawrence H. Scipio ARE DISMISSED without prejudice;

7. Judgment IS ENTERED in favor of the Corizon and Wexford Defendants and against

Cason;

8. The Clerk SHALL CLOSE this case; and

9. The Clerk SHALL SEND a copy of this Order and the foregoing Memorandum Opinion to Cason and to counsel for Defendants.

_____/S/_____
Paula Xinis
United States District Judge