IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARC S. CASON

   PLAINTIFF

FEB 2 2 2021

V.

CIVIL ACTION No. PX-20-692

NOTICE OF APPEAL

CURTZON HEALTH INC. et. al.,
M.D.P.S.C.S.
WEXFORD HEALTH SERVICES et.al.

## Notice of Appeal

Notice is hereby given that Marc S. Cason, Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 4th Fourth Circuit (from the final judgement, {Memorandum Opinion}, of Judge Paula Xinis entered in this action on the 25th day of January, 2021 and received on February 9th, 2021.

Dated February 13th, 2021

Marc S. Cason
MARC S. CASON
#180571/160904
c/o W.C.I.
13800 McMullen Hwy.
Cumberland, MD. 21502-3622